IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                                                 **Case No. 09-CR-223**
                                                            **JUDGE FROST**

**KAREN DELORES BRIGHT,**

    **Defendant.**

## **ORDER**

This matter came on for consideration this 8th day of April, 2010 prior to sentencing Defendant.

On December 22, 2009 Defendant entered a plea of guilty to Count 4 of the Indictment. The plea of guilty was entered before Magistrate Judge Kemp and Magistrate Judge Kemp filed a Report and Recommendation recommending that the plea of guilty be accepted. No objection was filed by either party to the Report and Recommendation and prior to the sentencing hearing counsel for the Government and counsel for Defendant indicated that they had no objections to the Court accepting the guilty plea.

It is therefore the order of this Court that the guilty plea entered on December 22, 2009 is hereby accepted by the Court.

**IT IS SO ORDERED.**

                                                                 **/s/ Gregory L. Frost**
                                                                  **GREGORY L. FROST**
                                                                  **United States District Judge**